**Order entered April 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00488-CR

## EX PARTE ROBERT DILLARD

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-28264-S**

## ORDER

The Court has received appellant's appeal from the trial court's order denying appellant the relief sought by his pretrial application for writ of habeas corpus. This is an accelerated criminal appeal under Texas Rule of Appellate Procedure 31. The reporter's record from the hearing has been filed, but the clerk's record has not been filed.

We note that appellant's notice of appeal does not have a copy of the trial court's certification of appellant's right to appeal attached. Accordingly, we **ORDER** the trial court to prepare and file, within **TEN DAYS** of the date of this order, a certification of appellant's right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **ORDER** the Dallas County District Clerk to file the clerk's record containing the documents related to appellant's requested bond reduction within **FIFTEEN DAYS** of the date of this order.

Appellant's brief is due by **MAY 29, 2015**.  The State's brief is due by **JUNE 16, 2015**. No extensions will be granted.  If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief.  *See* TEX. R. APP. P. 31.1.

The appeal will be submitted, without argument, on **July 6, 2015**, to a panel consisting of Justices Fillmore, Myers, and Evans.  *See* TEX. R. APP. P. 31.2.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Amber Givens, Presiding Judge, Criminal District Court No. 3; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.


/s/     ADA BROWN
          JUSTICE